IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-00702-KLM

OSCAR VILLA,

    Plaintiff,

v.

COMPUTER CABLING PRODUCTS INTERNATIONAL, INC. and JOANN VILLANUEVA,

    Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), Plaintiff Oscar Villa and Defendants Computer Cabling Products International, Inc. and Joann Villanueva., stipulate to dismiss this action with prejudice, with each party to bear his or its own costs and attorneys' fees.

Dated this 16th day of May, 2014.

*s/ Brand Milstein*  
Brandt Milstein  
Milstein Law Office  
Attorneys for the Plaintiff  
595 Canyon Boulevard  
Boulder, CO 80302  
brandt@milsteinlawoffice.com  

ATTORNEY FOR PLAINTIFF

*s/ Joshua B. Kirkpatrick*  
Joshua B. Kirkpatrick  
Michael Roaldi  
Littler Mendelson, P.C.  
Attorneys for the Defendants  
1900 16th Street  
Denver, CO 80202  
jkirkpatrick@littler.com  
mroaldi@littler.com  

ATTORNEYS FOR DEFENDANTS COMPUTER CABLING PRODUCTS INTERNATIONAL, INC. and JOANN VILLANUEVA